Martha Cecilia MORALES–MALES, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 13–70030.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 17, 2013.*

Filed Dec. 20, 2013.

Henry Cruz, Rios & Cruz, PS, SEattle, WA, for Petitioner.

OIL, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: GOODWIN, WALLACE, and GRABER, Circuit Judges.

### MEMORANDUM **

Martha Cecilia Morales–Males, a native and citizen of Ecuador, petitions for review of the Board of Immigration Appeals' order dismissing her appeal from an immi-

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

gration judge's decision denying her request for a continuance. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a continuance, and review de novo constitutional claims. *Sandoval–Luna v. Mukasey,* 526 F.3d 1243, 1246 (9th Cir.2008). We deny the petition for review.

The agency did not abuse its discretion in denying Morales–Males' motion for a continuance, where she failed to demonstrate good cause. *See* 8 C.F.R. § 1003.29; *see also Sandoval–Luna,* 526 F.3d at 1247 (denial of a motion to continue was not an abuse of discretion where relief was not immediately available to petitioner). It follows that Morales–Males' due process claim fails. *See Lata v. INS,* 204 F.3d 1241, 1246 (9th Cir.2000) (requiring error to prevail on a due process claim).

**PETITION FOR REVIEW DENIED.**

[***] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.